## (November 30, 1966)

■ JOSEPH M. WAHRHAFTIG et al., Appellants, v. SPACE DESIGN GROUP, INC., et al., Respondents.— Motion to vacate stay denied, without costs. Respondents' refusal to certify the record on appeal was frivolous (*Smith* v. *Robilotto*, 25 A D 2d 455; Second Preliminary Report of the Advisory Committee on

Practice and Procedure [1958], p. 187). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.